IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| DANIEL HIMMEL, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> BUCYRUS INTERNATIONAL, INC., et al., <br><br> Defendants. | Case No. 10-C-1104 <br><br> <u>CLASS ACTION</u> |
| CITY OF STERLING HEIGHTS POLICE & FIRE RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> BUCYRUS INTERNATIONAL, INC., et al., <br><br> Defendants. | Case No. 10-C-1106 <br><br> <u>CLASS ACTION</u> |
| EDMUND J. IMPENS, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> BUCYRUS INTERNATIONAL, INC., et al., <br><br> Defendants. | Case No. 10-C-1179 <br><br> <u>CLASS ACTION</u> |

## **DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**

Defendants Bucyrus International, Inc., Timothy W. Sullivan, Theodore C. Rogers, Gene E. Little, Robert L. Purdum, Robert C. Scharp, Paul W. Jones, Robert K. Ortberg, Michelle L. Collins, Deepak T. Kapur, Caterpillar Inc. and Badger Merger Sub, Inc. (collectively, "Defendants") move this Court pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss, with prejudice, Lead Plaintiff City of Sterling Heights Police & Fire Retirement System's Second Amended Complaint (10-cv-1104, Dkt. 63) for failure to state a claim upon which relief can be granted. In support of this motion, Defendants respectfully submit the accompanying Brief in Support of Their Motion to Dismiss the Second Amended Complaint. For the reasons set forth therein, this Court should dismiss the Second Amended Complaint with prejudice.

Dated: January 12, 2012

        DANIEL E. CONLEY
        ELIZABETH C. PERKINS

        /s Elizabeth C. Perkins
        QUARLES & BRADY LLP
        411 East Wisconsin Avenue
        Suite 2040
        Milwaukee, WI 53202-4497
        414/277-5377
        414/978-8977 (fax)
        Daniel.conley@quarles.com
        Elizabeth.perkins@quarles.com

        *Attorneys for Defendants Bucyrus International, Inc., Timothy W. Sullivan, Theodore C. Rogers, Gene E. Little, Robert L. Purdum, Robert C. Scharp, Paul W. Jones, Robert K. Ortberg, Michelle L. Collins and Deepak T. Kapur*

HOWARD A. POLLACK
JOHN L. KIRTLEY

<u>/s Howard A. Pollack</u>
GODFREY & KAHN, S.C.
780 North Water Street
Milwaukee, WI 53202-3590
414/273-3500
414/273-5198 (fax)
hpollack@gklaw.com
jkirtley@gklaw.com

SIDLEY AUSTIN LLP
Walter C. Carlson
James W. Ducayet
Emily A. Caveness
One South Dearborn Street
Chicago, IL 60603
312/853-7000
312/853-7036 (fax)

*Attorneys for Defendants Caterpillar Inc. and Badger Merger Sub, Inc.*