# United States District Court

EASTERN DISTRICT OF WISCONSIN

DANIEL HIMMEL,

                Plaintiff,

        v.

BUCYRUS INTERNATIONAL, INC.
TIMOTHY SULLIVAN,
CRAIG R. MACKUS,
THEODORE C. ROGERS,
ROBERT L. PURDUM,
GENE E. LITTLE,
ROBERT C. SCHARP,
PAUL W. JONES,
ROBERT K. ORTBERG,
DEEPAK T. KAPUR,
MICHELLE L. COLLINS,
CATERPILLAR INC.,
BADGER MERGER SUB INC.,

        Defendants.

**JUDGMENT IN A CIVIL CASE**
Case No. 10-C-1104

---

CITY OF STERLING HEIGHTS
POLICE & FIRE RETIREMENT SYSTEM,

        Plaintiff,

        v.

BUCYRUS INTERNATIONAL, INC.
TIMOTHY W. SULLIVAN,
THEODORE C. ROGERS,
GENE E. LITTLE,
ROBERT L. PURDUM,
ROBERT C. SCHARP,
PAUL W. JONES,
ROBERT K. ORTBERG,
MICHELLE L. COLLINS,
DEEPAK T. KAPUR,
CATERPILLAR INC.,
BADGER MERGER SUB, INC.,

        Defendants.

Case No. 10-C-1106

EDMUND J. IMPENS,

        Plaintiff,

        v.                               Case No. 10-C-1179

TIMOTHY SULLIVAN,
THEODORE ROGERS,
ROBERT L. PURDUM,
GENE E. LITTLE,
ROBERT C. SHARP,
PAUL W. JONES,
ROBERT K. ORTBERG,
MICHELLE L. COLLINS,
DEEPAK T. KAPUR,
BUCYRUS INTERNATIONAL INC.,
BADGER MERGER SUB, INC.,

        Defendants.

---

This action came before the court, the issues have been decided and a decision has been rendered. Now, therefore,

IT IS ORDERED AND ADJUDGED that this case is DISMISSED.

APPROVED:     s/ C. N. CLEVERT, JR.
                      C. N. CLEVERT, JR.
                      U. S. District Judge

                                        JON W. SANFILIPPO
                                        Clerk

              April 11, 2014             s/ N. Trinidad-Scholle
              Date                        (By) Deputy Clerk